UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLENDA WILLIAMS,

    Plaintiff,

v.   Case No. 8:20-cv-1215-TPB-TGW

VAPOR RISING, INC.,
a Florida corporation, and
JOSEPH JOHN SCHAFFER, an
individual,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the report and recommendation of Thomas G. Wilson, United States Magistrate Judge, entered on July 1, 2022. (Doc. 136). Judge Wilson recommends that the "Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice" (Doc. 134) be granted, the settlement agreement be approved, and the case be dismissed with prejudice. The parties filed a "Joint Notice of Non-Objection to Report & Recommendation" on July 5, 2022. (Doc. 137).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the

[report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C).  When no objection is filed, a court reviews the report and recommendation for clear error.  *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon consideration of the record, including Judge Wilson's report and recommendation, the Court adopts the report and recommendation.  The Court agrees with Judge Wilson's detailed and well-reasoned findings and conclusions, including that the settlement agreement constitutes a fair and reasonable compromise of the dispute.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).  Consequently, the motion to approve the settlement agreement is granted, and the settlement agreement is approved.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Judge Wilson's report and recommendation (Doc. 136) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.
2. The "Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice" (Doc. 134) is **GRANTED**.
3. The Settlement Agreement and Release (Doc. 134-1) is **APPROVED**.
4. This action is **DISMISSED WITH PREJUDICE**.
5. The Clerk is directed to terminate any pending motions or deadlines and

thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 25th day of July, 2021.

_____
**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**